# Court of Appeals
# of the State of Georgia

ATLANTA,  February 19, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0604. KEEL FUNDS BARFIELD, LLC v. PERFERRED SOLUTIONS, INC.

Plaintiff Perferred Solutions, Inc. sued defendant Keel Funds Barfield, LLC. The trial court entered a default judgment in favor of the plaintiff, but reserved the issue of damages. The defendant filed a notice of appeal. We lack jurisdiction.

The entry of default is not a final ruling if the issue of damages remains pending in the trial court. See *Rapid Taxi Co. v. Broughton*, 244 Ga. App. 427, 428 (1) (535 SE2d 780) (2000) (judgment is not final unless it disposes of the entire case); *Holloway v. McMichael*, 151 Ga. App. 802, 802 (261 SE2d 747) (1979) (case not final where issue of damages reserved). In order to appeal the order, the defendant was required to comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b). Because the defendant failed to follow the requisite appellate procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED. See *Holloway*, 151 Ga. App. at 803.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/19/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*